IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JUSTIN HARRIS,<br><br>                Plaintiffs<br><br>v.<br><br>HEALTH SERVICE CORPORATION, a MUTUAL LEGAL RESERVE CORPORATION, d/b/a BLUE CROSS BLUE SHIELD OF MONTANA,<br><br>                Defendant. | CV-18-46-GF-BMM<br><br>**ORDER** |

Plaintiff has moved for admission of John Conway, III (Mr. Conway), (Doc. 6), to practice before this Court in this case with William J. Mattix, Esq. to act as local counsel. Mr. Conway's application appears to be in compliance with L.R. 83.1(d).

**IT IS HEREBY ORDERED:**

Plaintiff's motion to allow Mr. Conway to appear on his behalf (Doc. 6) is **GRANTED** on the following conditions:

1. Local counsel, Mr. Mattix, will be designated as lead counsel or as co-lead counsel with Mr. Conway. Mr. Conway must do his own work. He must do his own writing, sign his own pleadings, motions, briefs and other documents

-1-

served or filed by him, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court. Local counsel, Mr. Conway shall also sign such pleadings, motions and briefs and other documents served or filed.

2. Admission is not granted until Mr. Conway, within fifteen (15) days from the date of this Order has filed an acknowledgment and acceptance of his admission under the terms set forth above.

3. Admission is personal to Mr. Conway.

DATED this 28th day of March, 2018.

Brian Morris
United States District Court Judge