IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

JUSTIN HARRIS,

Plaintiffs,

vs.

HEALTHCARE SERVICE
CORPORATION, a MUTUAL
LEGAL RESERVE CORPORATION,
d/b/a BLUE CROSS BLUE SHIELD
OF MONTANA,

Defendants.

CV-18-46-GF-BMM

**ORDER**

    **IT IS HEREBY ORDERED** that a status report is due to the Court on or

before August 22, 2019.

    DATED this 7th day of August, 2019.

_____
Brian Morris
United States District Court Judge