IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JUSTIN HARRIS,<br><br>　Plaintiff,<br><br>v.<br><br>HEALTHCARE SERVICE CORPORATION, a MUTUAL LEGAL RESERVE CORPORATION, d/b/a BLUE CROSS BLUE SHIELD OF MONTANA,<br><br>　Defendant. | Case No. CV-18-00046-GF-BMM<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Upon stipulation of the parties, and for good cause appearing,

IT IS HEREBY ORDERED that the above-captioned civil cause be, and hereby is, dismissed with prejudice.

Dated this 23rd day of December, 2019.

_____
Brian Morris
United States District Court Judge